# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-1173
_____

| | | |
|---|---|---|
| Conseco Finance Servicing Corporation., | * | |
| | * | |
| | * | |
| Appellant, | * | |
| | * | |
| vs. | * | Appeal from the United |
| | * | States District Court |
| North American Mortgage Company, | * | for the Eastern District |
| | * | of Missouri. |
| Appellee. | * | |
| | * | [UNPUBLISHED] |

_____

Submitted: September 12, 2001
Filed: January 15, 2002

_____

Before MORRIS SHEPPARD ARNOLD and BRIGHT, Circuit Judges, and
BOGUE,[1] District Judge.

_____

PER CURIAM.

Conseco Finance Servicing Corporation ("Conseco") sought a temporary
restraining order and, subsequently, a permanent injunction against North American

_____

[1] The Honorable Andrew W. Bogue, United States Senior District Judge for the
District of South Dakota, sitting by designation.

Mortgage Company ("North American") alleging misappropriation of trade secrets and tortious interference with business relationships. The district court[2] granted a limited permanent injunction which required one former Conseco employee to return 14 customer files he had at his home. Conseco appealed to this Court arguing the district court erred in concluding that the customer lists were not trade secrets, that North American could solicit at-will employees, and that no trade secrets were misappropriated.

The district court issued a very well reasoned opinion discussing the relevant facts and applying the well-established law in both trade secret and employment law. We conclude that a comprehensive opinion in this case would lack precedential value, accordingly, we affirm on the basis of the district court's rulings without further discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2] The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.